LEVIN et al. v. DIETZ. (Supreme Court, Appellate Division, Second Department. Janu-

ary 21, 1910.) Action by Louis Levin and another against James E. Dietz, specially appearing, and Headley M. Greene, in which said Dietz appeals.

PER CURIAM. The appeal from the order of October 19, 1909, is dismissed, with $10 costs and disbursements, upon the ground that such order is not appealable. The motion to amend the order of May 27, 1909, was unnecessary. The condition in the order with regard to the filing of the bond, being a condition in favor of respondent, could be waived by him. The appellant is estopped from claiming his right to a jury trial, and must proceed with the hearing before the referee.

In re LEVY. (Supreme Court, Appellate Division, First Department. January 14, 1910.) In the matter of Nathan S. Levy, an attorney. No opinion. Reference ordered. Settle order on notice.